UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT J. PETRO, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-02474-JPH-KMB |
| SHELBYVILLE POLICE DEPARTMENT, BART SMITH police officer, CHARLES CURRY police officer, IU METHODIST HOSPITAL, MAJOR HOSPITAL, | ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. This action is dismissed without prejudice.

Date: 6/20/2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ROBERT J. PETRO, JR.
2067 Sunshine Drive
Greenfield, IN 46140

All electronically registered counsel